No. 94–1922. RURAL WEST TENNESSEE AFRICAN-AMERICAN AFFAIRS COUNCIL, INC., ET AL. *v.* SUNDQUIST, GOVERNOR OF TENNESSEE, ET AL. Affirmed on appeal from D. C. W. D. Tenn. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 95–132. VOINOVICH, GOVERNOR OF OHIO, ET AL. *v.* QUILTER, SPEAKER PRO TEMPORE OF OHIO HOUSE OF REPRESENTATIVES, ET AL. Appeal from D. C. N. D. Ohio dismissed. The stay granted by this Court on September 8, 1995 [515 U. S. 1184], is continued pending final disposition by this Court of the appeal in No. 95–378, *Voinovich, Governor of Ohio, et al.* v. *Quilter, Speaker Pro Tempore of Ohio House of Representatives, et al.*

No. 94–2032. FRANKLIN ET AL. *v.* LAWRIMORE ET AL. Appeal from D. C. S. C. Judgment vacated and case remanded to the District Court for entry of a fresh judgment from which a timely appeal may be taken to the United States Court of Appeals for the Fourth Circuit.

No. 94–1871. EXXON CORP. *v.* YOUELL ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wilton* v. *Seven Falls Co.*, 515 U. S. 277 (1995). JUSTICE BREYER took no part in the consideration or decision of this case.